**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**GARY E. NIXON**                                                                     **PLAINTIFF**
**REG. #21564-056**

**v.**                   **CASE NO: 2:14CV00090 BSM**

**RIVERA, et al.**                                                     **DEFENDANTS**

## **ORDER**

The recommended disposition submitted by United States Magistrate Judge H. David Young has been received. No objections have been filed. After careful consideration, it is concluded that the recommended disposition should be, and hereby is, approved and adopted in its entirety.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's complaint is dismissed without prejudice for failure to pay the filing and administrative fees, failure to comply with Local Rule 5.5(c)(2), and for failure to respond to the court's order [Doc. No. 8].

2. The court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 28th day of October 2014.

                                                                                 _____
                                                                      UNITED STATES DISTRICT JUDGE