**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**GARY E. NIXON**
**REG.#21564-056**                                                                        **PLAINTIFF**

**v.**                   **CASE NO: 2:14CV00090 BSM**

**RIVERA, et al.**                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the order filed this date, this case is dismissed without prejudice; the relief sought is denied. It is further certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 28th day of October 2014.

                                                                       _____
                                                                       UNITED STATES DISTRICT JUDGE